## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH CORNWELL ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. 7:10-CV-42(HL) |
| v. ) | |
| ) | |
| ROLLIE D. TRIMMELL, individually ) | |
| and as an employee of NATIONAL ) | |
| BEEF PACKING COMPANY, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER TO DISMISS
## DEFENDANT ROLLIE D. TRIMMELL

Having read and considered the parties' Consent Motion to Dismiss Defendant Rollie D. Trimmell, the same is granted. Plaintiff's claims against Defendant Rollie D. Trimmell are hereby dismissed with prejudice. Defendant National Beef Packing Company, LLC will remain as a proper defendant in this case. Henceforth, the caption of this case shall reflect the dismissal of Rollie D. Trimmell as Defendant. Pleadings already filed do not need to be resubmitted due to this change.

**SO ORDERED** this 30th day of July, 2010.

    s/ Hugh Lawson

HUGH LAWSON, Judge
United States District Court